UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEO BLAS, AKA Lior Blas,<br><br>      Plaintiff - Appellant,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>      Defendant - Appellee. | No. 24-5737<br><br>D.C. No.<br>3:24-cv-00030-SLG<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

We conclude that the questions on review are too insubstantial to warrant further briefing. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *see also United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The district court's judgment is affirmed.

All pending motions and requests are denied as moot.

**AFFIRMED.**